# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

December 21, 2005

*Before*

**Hon.** WILLIAM J. BAUER, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff-Appellee,<br><br>Nos. 04-4232 and 05-1539    v.<br><br>DANIEL E. DANFORD,<br>      Defendant-Appellant. | ] Appeals from the United<br>] States District Court for<br>] the Western District of<br>] Wisconsin.<br>]<br>] No. 04 CR 28<br>]<br>] Barbara B. Crabb,<br>]     Chief Judge. |

Upon consideration of the **SEALED MOTION TO MODIFY DECEMBER 20, 2005, OPINION,** construed as a motion to file the motion under seal, filed on December 21, 2005, by counsel for appellant,

**IT IS ORDERED** that the motion is **GRANTED**.  The clerk shall file the motion under seal.

**IT IS FURTHER ORDERED** that the motions is **GRANTED** to the extent that the opinion is modified as follows:  the first full paragraph on page five of the slip opinion is deleted, and this sentence is added to the beginning of the following paragraph: "After the prosecutor inadvertently published to the jury a letter containing the prejudicial (but irrelevant) information, defense counsel moved for a mistrial, contending that the mistake prejudiced the entire jury."